## HOEY v. HEWS.

Decision in *Garrettson* v. *His Creditors*, 1 Rob. 445, as to the privilege of a lessor, affirmed.

APPEAL from the Third District Court of New Orleans, *Kennedy*, J. *Livingston*, for the plaintiff. No counsel appeared for the appellant. The judgment of the court was pronounced by

SLIDELL, J. The appellant has not presented any argument in support of his appeal. The cause has been submitted upon the *ex parte* argument of the plaintiff. The nature of the landlord's rights and privileges were considered in *Garrettson* v. *His Creditors*, 1 Rob. 445. The principles there announced, and the articles of the Code there cited appears to us to sustain the judgment of the court below.                                    *Judgment affirmed.*